| | AUSA: | April N. Russo | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Douglas Lindh | Telephone: (313) 234-5600 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Henry James FORD

**Case: 2:19-mj-30435**
**Judge: Unassigned,**
**Filed: 08-14-2019 At 03:25 PM**
**USA v. HENRY JAMES FORD(CMP)(MLW)**

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 14, 2019_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 111 | Assaulting a federal officer |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Douglas Lindh, Criminal Investigator (USMS)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 14, 2019

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

Deputy United States Marshal Douglas A. Lindh, after being duly sworn, deposes and says the following:

1. I am a Criminal Investigator of the United States Marshals Service and have been so employed since June 2008. I am currently assigned to the Detroit Field Division, Detroit, Michigan, Detroit Fugitive Apprehension Task Force (DFAT), composed of federal, state and local law enforcement officers investigating federal, state and local fugitives. I have received 21 weeks of specialized training in Glynco, Georgia. During my employment with the United States Marshals Service (USMS), I have been involved in numerous fugitive investigations dealing with fugitives wanted for various crimes including Adam Walsh Act violations, violent crimes, narcotics violations, and white collar crimes. Furthermore, it is part of my duties to investigate and arrest persons who have violated 18 U.S.C. § 111, assaulting an officer or employee of the United States while such officer or employee is engaged in the performance of official duties.

2. I am familiar with the facts and circumstances of the investigation either through my personal participation; from discussions with other agents of the USMS and other law enforcement; from my discussions with witnesses involved in the investigation; and from review of records and reports relating to the investigation.

1

Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant for **HENRY JAMES FORD** (DOB: 02/XX/1970), I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for **FORD**.

3. On August 3, 2018, a felony arrest warrant was issued for **FORD** by the Michigan Department of Corrections, for violating his parole after removing his tether (OCA P202383). Additionally, Livonia Police Department issued a warrant for **FORD's** arrest for receiving stolen property on July 13, 2018 (OCA 17041923), and Macomb County issued a felony larceny warrant for **FORD's** arrest on July 29, 2019 (OCA 18M68930). Finally, **FORD** has an outstanding Oakland County child support warrant from August 2, 2018 (OCA 1282452).

4. One of the duties and responsibilities of the USMS is to assist state and local law enforcement in locating fugitives like **FORD**. As a part of its official duties, on August 14, 2019, the USMS, DFAT attempted to locate **FORD** by conducting surveillance at a residence at 39XX Burns Street in Inkster, MI. During the surveillance, **FORD** was observed getting into the driver's seat of a green 2009 Dodge Caravan. DFAT had previously observed **FORD** driving this vehicle. DFAT attempted to stop the vehicle so that they could arrest **FORD**. **FORD**

observed law enforcement approaching with their emergency lights activated. **FORD** immediately put his vehicle in drive and went over the curb and crossed over residential lawns to avoid apprehension by law enforcement. **FORD** re-entered Burns Street and veered towards the law enforcement vehicles that had their lights activated. He again left the roadway, driving across more residential lawns. He then re-entered Burns Street and continued to drive on the roadway without regard to traffic laws.

5. **FORD** ran a red light on Carlysle Street onto Middlebelt before cutting through a parking lot at 39XX Middlebelt Road. He then started traveling northbound on Northland Avenue. USMS DFAT member Task Force Officer (TFO) Chad Johnson (a Special Deputy Marshal) was working with the team and was traveling with his lights activated southbound on Northland Avenue in an effort to apprehend **FORD**. **FORD** purposefully changed direction and abruptly turned directly into Johnson's vehicle, slamming into the front right side of Johnson's car. TFO Johnson's vehicle was disabled and TFO Johnson was transported to the hospital. **FORD** tried to continue driving after ramming Johnson's car, but his vehicle became immobile shortly thereafter. **FORD** then exited the vehicle and was apprehended by USMS DFAT.

6. Based on the aforementioned facts, I have probable cause to believe that **Henry JAMES FORD**, date of birth 2/XX/1970, did knowingly, forcibly, assault,

3

resist, oppose, impede, intimidate, and interfere with a Special Deputy Marshal of the United States Marshal's Service while he was engaged in his official duties, in violation of Title, 18, United States Code, Section 111. Said violation occurred on August, 14, 2019, in Wayne County, in the Eastern District of Michigan.

_____
Douglas Lindh
Criminal Investigator, Deputy United States Marshal
United States Marshals Service

Sworn and subscribed to before me on this 14th day of August, 2019.

_____
Anthony P. Patti
United States Magistrate Judge

4